IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE RAYMOND P. MOORE**

Civil Action No. 15-cr-00054-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PHINEHAS LEE MCNEAL,

    Defendant.

---

### STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

DATED at Denver, Colorado this 22nd day of July, 2015.

                              BY THE COURT:

                              _____
                              Raymond P. Moore, U.S. District Judge

_____      _____
Counsel for Government             Counsel for Defendant